UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 14 2022

Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal No. M-22-0997 |
| § | |
| JUAN ROJAS § | |
| JOSE EMMANUEL GONZALEZ § | |
| also known as "Manny" § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about August 1, 2021, through December 5, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

JUAN ROJAS
and
JOSE EMMANUEL GONZALEZ
also known as "Manny"

did willfully and knowingly steal and purloin border wall panels, of a value exceeding $1,000.00 of the goods and property of the United States.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL

FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY