UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*  Case Number: 7:22−cr−00997

Juan Nestor Rojas
Jose Emmanuel Gonzalez

## Notice of Resetting

**A proceeding has been reset in this case as to Juan Nestor Rojas, Jose Emmanuel Gonzalez as set forth below.**

**BEFORE:**
**Judge Marina Garcia Marmolejo**

**LOCATION:**
9th Floor
Bentsen Tower
1701 W. Bus. Hwy. 83
McAllen, TX 78501

**DATE:** 4/24/2023

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   March 29, 2023                                          Nathan Ochsner, Clerk